# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-1540-TJH(CW) | Date | August 27, 2013 |
|---|---|---|---|
| Title | Raul Ernesto Morales v. Eric Holder, et al. | | |

| Present: The Honorable | Carla Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: n/a | Attorneys Present for Defendants: n /a |
|---|---|

**Proceedings:**          In Chambers

        Respondent's Status Report and Suggestion of Mootness was filed on August 26, 2013.  [Docket no. 32.]  Therein, Respondent indicates that Petitioner received a <u>Rodriquez</u> bond hearing before an immigration judge on August 8, 2013.  Respondent suggests that the petition is moot in that Petitioner has now received the very relief this court could have ordered.

        Accordingly, Petitioner is **ORDERED TO SHOW CAUSE**, on or before September 6, 2013, why the petition should not be dismissed as moot.

        The minute order (docket no. 30) directing Petitioner to serve and file a previously ordered declaration and exhibits on or before August 30, 2013 (docket no. 30, filed August 15, 2013), is hereby **VACATED.**


cc:  All Counsel