JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAUL ERNESTO MORALES, | ) | No. SACV 11-1540-TJH(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ERIC HOLDER, et al., | ) | |
| Respondents. | ) | |

**IT IS ADJUDGED** that this petition is dismissed as moot.

DATED: May 13, 2015

_____
TERRY J. HATTER, JR.
United States District Judge